AO 451  (TXND Rev. 10/13)   Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Texas

| | |
|---|---|
| C.B. Moncrief, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Frank Bernarducci, et al. | ) |
| *Defendant* | ) |

Civil Action  No.  4:20-CV-062-A

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   04/22/2020   .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for filing an appeal has expired, and if an appeal was filed, it is no longer pending.

Date:   05/26/2020

CLERK OF COURT

/s/ Megan Wills

*Signature of Clerk or Deputy Clerk*



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

C.B. MONCRIEF, ET AL.,              §
                                    §
         Plaintiffs,                §
                                    §
VS.                                 §   NO. 4:20-CV-062-A
                                    §
FRANK BERNARDUCCI, ET AL.,          §
                                    §
         Defendants.                §

### FINAL JUDGMENT

Consistent with the order signed this date,

The court ORDERS, ADJUDGES, and DECREES that plaintiffs,

C.B. Moncrief and Kit Moncrief, have and recover from defendant

Frank Bernarducci the sum of $158,342.10 plus post-judgment

interest thereon at the rate of .21%, computed daily on the

unpaid balance from the date of entry of this judgment until the

full amount of the judgment is paid, and compounded annually.

The court further ORDERS, ADJUDGES, and DECREES that

plaintiffs have and recover from defendant Bernarducci Gallery,

Inc., the sum of $158,342.10 plus post-judgment interest thereon

at the rate of .21%, computed daily on the unpaid balance from

the date of entry of this judgment until the full amount of the

judgment is paid, and compounded annually.

The court further ORDERS, ADJUDGES, and DECREES that each

party bear the court costs incurred by that party.

SIGNED April _22_, 2020.

_____
JOHN McBRYDE
United States District Judge

2