IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 2 2 2020
CLERK, U.S. DISTRICT COURT
By _____
         Deputy

| | | |
|---|---|---|
| C.B. MONCRIEF, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | NO. 4:20-CV-062-A |
| | § | |
| FRANK BERNARDUCCI, ET AL., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Consistent with the order signed this date,

The court ORDERS, ADJUDGES, and DECREES that plaintiffs, C.B. Moncrief and Kit Moncrief, have and recover from defendant Frank Bernarducci the sum of $158,342.10 plus post-judgment interest thereon at the rate of .21%, computed daily on the unpaid balance from the date of entry of this judgment until the full amount of the judgment is paid, and compounded annually.

The court further ORDERS, ADJUDGES, and DECREES that plaintiffs have and recover from defendant Bernarducci Gallery, Inc., the sum of $158,342.10 plus post-judgment interest thereon at the rate of .21%, computed daily on the unpaid balance from the date of entry of this judgment until the full amount of the judgment is paid, and compounded annually.

79FH= 98 5 HFI 9 7CDM
?5F9B A H7 <9 @@7 @9F?

By s/*DONNA ROHMFELD
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF TEXAS
May 4, 2020

The court further ORDERS, ADJUDGES, and DECREES that each party bear the court costs incurred by that party.

SIGNED April 22, 2020.

_____
JOHN McBRYDE
United States District Judge